**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6873

HARVEY P. SHORT,

             Plaintiff - Appellant,

       v.

J. D. WALLS, II; JASON HALL, Officer; LINDSAY DONAHOE,
Officer; JOHN DOE, Officer; WYETTA FREDERICKS, Director;
JOHN MCKAY, Jail Administrator; RICK ROGERS, Lieutenant;
CHAD CARDINAL,

             Defendants - Appellees,

       and

SOUTH CENTRAL REGIONAL JAIL,

             Defendant.


Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  John T. Copenhaver,
Jr., District Judge.  (2:07-cv-00531-JTC)


Submitted:  February 10, 2011      Decided:  February 17, 2011


Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.


Affirmed by unpublished per curiam opinion.


Harvey P. Short, Appellant Pro Se.  Dwayne Edward Cyrus, SHUMAN,
MCCUSKEY & SLICER, PLLC, Charleston, West Virginia; John D.

Hoblitzell, III, KAY, CASTO & CHANEY, PLLC, Charleston, West Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harvey P. Short appeals the district court's order accepting in part the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Short v. Walls, No. 2:07-cv-00531-JTC (S.D.W. Va. Mar. 5, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED